**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SAMUEL KLINE and LAUREN KLINE, *et al.*,<br>*On behalf of themselves and a Class of similarly situated persons*,<br><br>*Plaintiffs*<br><br>v.<br><br>HYUNDAI MOTOR AMERICA INCORPORATED<br>*a/k/a Hyundai Motor America*,<br><br>*Defendant.* | *<br>*<br>*<br>*<br>*<br>*<br>* | Civil No.: 8:23-cv-00245 GLS |

---

**CONSENT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF A SETTLEMENT CLASS, APPOINTMENT OF CLASS COUNSEL AND CLASS REPRESENTATIVE, AND APPROVAL OF CLASS NOTICE**

Plaintiffs Samuel Kline and Lauren Kline, *et al.*, through their undersigned counsel, and with the consent of the Defendant Hyundai Motor America Incorporated (HMA), move this Court pursuant to Fed. R. Civ. P. 23(e) for Preliminary Approval of a Class Action Settlement. This Consent Motion requests that the Court:

(1) approve the terms of the settlement as set forth in the Settlement Agreement attached hereto as Exhibit 1 as within the range of possible approval as fair and reasonable;

(2) certify the Class (for settlement purposes only) as defined in the Settlement Agreement, appointing Plaintiffs' counsel herein as counsel for the Class;

(3) approve the form of and Plan of Notice to be issued to the proposed Class, in the form and format agreed upon by the parties in both long form and short form, and attached as Exhibits to the Settlement Agreement;

(4) set the deadlines, as provided in the Settlement Agreement, for Class members to opt out of the settlement, to file claims for compensation, or to file any objections to the terms of the settlement;

(5) set a deadline for the filing of the parties' Motions in support of Final Approval of the Settlement, and for the filing of any Motion in Support of an award of Costs and Fees to Class Counsel, and for approval of Incentive Awards to the Named Plaintiffs, and;

(6) set a date for a Final Approval Hearing.

Support for this Motion is set forth in the accompanying Memorandum, which is filed with this Motion and incorporated herein.

Respectfully submitted,

/S/

Thomas J. Minton – No. 03370
Goldman & Minton, P.C.
3600 Clipper Mill Rd., Suite 201
Baltimore, MD 21211
(Ph) 410-783-7575
(Fax) 410-783-1711
tminton@charmcitylegal.com

/S/

David E. Tompkins – No. 18159
836 Bonifant Street
Silver Spring, MD 20910
(Ph) 202-296-0666
(Fax) 202-371-9228
dtompkins@lewisandtompkins.com

*Attorneys for the Plaintiff and Putative Class Members*

**Certificate of Service**

I hereby certify that the foregoing Consent Motion for Preliminary Approval of Class Action Settlement, and the attached Settlement Agreement and Exhibits, were filed on this 20th day of January 2026 through the Court's ECF System, and that all counsel of record will be served electronically through that system.

Respectfully submitted,

/S/

Thomas J. Minton – No. 03370
Goldman & Minton, P.C.
3600 Clipper Mill Rd., Suite 201
Baltimore, MD 21211
(Ph) 410-783-7575
(Fax) 410-783-1711
tminton@charmcitylegal.com